# Court of Appeals
# of the State of Georgia

ATLANTA, March 12, 2020

*The Court of Appeals hereby passes the following order:*

**A20E0036. E. HOWARD CARSON, JR. and RED BULL HOLDINGS II, LLC
v. TOM BROWN, CARROLL WILLIAMS AND JOHN DOES 1-10.**

Upon consideration of the APPELLANT'S Motion for Extension of Time to File Discretionary Application in the above styled case, it is ordered that the motion is hereby GRANTED, which will extend the due date until April 14, 2020.



*Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/12/2020
I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court
hereto affixed the day and year last above written.*

_____, *Clerk.*